UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO.  3:00CR263(JCH) |
| | : | |
| v. | : | |
| | : | |
| KELVIN BURDEN, et al. | : | JULY 22, 2005 |

## WITHDRWAWAL OF APPEARANCE

To the Clerk of this Court and all parties of record: please withdraw the appearances of

former Assistant United States Attorneys Robert M. Appleton and Brian E. Spears as counsel for

the United States of America in this case.  The undersigned Assistant United States Attorney,

Stephen B. Reynolds, is entering an appearance in lieu of Attorneys Appleton and Spears.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY




STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY
FEDERAL BAR NO. CT19105
UNITED STATES ATTORNEY'S OFFICE
915 LAFAYETTE BOULEVARD
BRIDGEPORT, CT 06604
(203) 696-3000
(203) 579-5575 (FAX)
Stephen.Reynolds@usdoj.gov

## <u>CERTIFICATE OF SERVICE</u>

This is to certify that a copy of the foregoing was forwarded this 22nd day of

July 2005 to:

Bruce Koffsky, Esq.
1200 Summer Street, #201
Stamford, Connecticut 06905

Jeremiah Donovan, Esq.
P. O. Box 554
Old Saybrook, Connecticut 06475

Timothy Aspinwall, Esq.
3200 Main Street
Stratford, Connecticut 06497

William T. Koch, Esq.
151 Brush Hill Road
Lyme, Connecticut 06731

Peter Truebner, Esq.
111 Prospect Street, No. 206
Stamford, Connecticut 06901

Robert M. Frost, Jr., Esq.
Zeldes, Needle & Cooper, P.C.
1000 Lafayette Boulevard
P. O. Box 1740
Bridgeport, Connecticut 06604

 

STEPHEN B. REYNOLDS
ASSISTANT UNITED STATES ATTORNEY