AO 458 (Rev. 11/98) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF    CONNECTICUT

UNITED STATES OF AMERICA

v.    **APPEARANCE**

**ANDRE McCLENDON**    DOCKET NUMBER: 3:00-CR-00263-14 (JCH)

To The Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for the United States of America.

March 6, 2008    /S/
DATED    SIGNATURE

PAUL A. MURPHY
ASSISTANT UNITED STATES ATTORNEY
PRINT NAME

ct26654
FEDERAL BAR NUMBER

c/o United States Attorney's Office
915 Lafayette Boulevard, Room 309
ADDRESS

Bridgeport, Connecticut    06604
CITY    STATE    ZIP CODE

203-696-3000
PHONE NUMBER

E MAIL: Paul.Murphy@usdoj.gov

## CERTIFICATION OF SERVICE

      This is to certify that a copy of the within and foregoing was mailed to the following this 6th day of March 2008:

Andre McClendon  
Inmate # 14243-014  
MDC Brooklyn  
Metropolitan Detention Center  
P.O. Box 32902  
Brooklyn, NY 11232

Thomas Dennis, Esq.  
Federal Public Defender  
10 Columbus Blvd, Floor 6  
Hartford, CT 06106-1976

      /S/_____  
      PAUL A. MURPHY  
      ASSISTANT UNITED STATES ATTORNEY