UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | CRIMINAL ACTION NO. |
| | : | 3:00-cr-00263(JCH) |
| ANDRE McCLENDON | : | |
|     Defendant, | : | APRIL 15, 2008 |

### ORDER TO SHOW CAUSE

The defendant is hereby ORDERED to Show Cause why the court should resentence him pursuant to 18 U.S.C. § 3582(c)(2) and 28 U.S.C. § 994(u) and Amendment 706 (App.C), U.S.G.L. Manual, U.S.S.G. § 2D1.1 (Drug Quantity Table).

While the U.S. Probation Office has suggested the defendant is eligible for resentencing, the court is not inclined to in light of defendant's disciplinary history while at a halfway house, and his escape therefrom.

Defendant is to respond to this Order by May 8, 2008.  The government may reply by May 29, 2008.

**SO ORDERED.**

Dated at Bridgeport, Connecticut this 15th day of April, 2008.

                                             /s/ Janet C. Hall
                                            Janet C. Hall
                                            United States District Court