4-9-08

RECEIVED

Mrs. J. Hall

My name is ~~Maurice~~ Ann Brandon #14243-014. Case # 3:00CR263-014 I was charged with conspiracy to possess with intent to distribute 50 grams or more of cocaine base.

My minimum mandatory was 10 years. Because this is my only felony I got the safety valve which got me under my mandatory minimum. On June 4, 2002 I was sentenced to 87 months.

To my understanding there was a law that went through recently. I don't know how to get in touch with the public defender that represented me, and I'm not sure how to press the motions for the law.

I'm writing you to see if there is anything that the court can mail to me, or even if you can look at my case to see if I qualify for the 2 point reduction.

I appreciate your time. Thank you.

OFFENSE Code: 391
OFFENSE/CHARGE 21: 846 * 841 (B) (1) (A) 50 grams or more of cocaine base
Docket Number: 3:00CR263-014 JCH

FILED 2008 APR 14 P 4:01 U.S. DISTRICT COURT BRIDGEPORT, CONN