RECE    FILED    5/17/08
2008 MAY 21    2008 MAY 23  A 9 08
U.S. DISTRICT COURT

Dear Mrs. Hall,

I'm Andre McClendon #14243-014. I wrote you about a month or so ago in regards to the crack law. My case manager emailed the court my progress report about 3 weeks ago. I was wondering if it has been looked into by anyone yet. If so would you please let me know.

Like I said before, "I don't know how to get in touch with the public defender I had when I was sentenced", so that's why I contacted you. If possible please let me know my next step. Thank you for your time.

Andre