UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | No. 3:00CR263 (JCH) |
| v. | : | |
| ANDRE McCLENDON | : | May 28, 2008 |

**MOTION FOR REAPPOINTMENT OF COUNSEL**
**RE: CRACK COKE OFFENSE: 18 U.S.C. 3582**

The undersigned hereby requests that he be reappointed counsel for the Defendant, ANDRE McCLENDON, under the Criminal Justice Act for the purposes of representing him in moving the Court for a reduction of sentence based upon the changes to the crack cocaine guidelines.

The undersigned was appointed to represent Mr. McClendon in the case in chief under the Criminal Justice Act in 2000. Mr. McClendon was sentenced on June 5, 2002 and has been incarcerated since then, and does not have the funds to retain private counsel.

It is requested that this reappointment date should be made effective March 28, 2008 when the undersigned was contacted and began efforts on Mr. McClendon's behalf.

                    Respectfully Submitted
                    The Defendant, Andre McClendon


By:_____x_____
        Elliot R. Warren
        327 Riverside Avenue
        Westport, CT 06880
        Phone (203) 226-1716
        Fed. Bar No. ct 07084
        ewarrenlaw @aol.com
          -His Attorney-


## Certificate of Service

      I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on any counsel unable to accept electronic filing, and on the U.S. Probation Office. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's EM/ECF System.


                _____x_____
                Elliot R. Warren, Esq.