UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| UNITED STATES OF AMERICA | : No. 3:00CR263 (JCH) |
| v. | : |
| ANDRE MCCLENDON | : June 2, 2008 |

### MOTION TO REDUCE SENTENCE RE: CRACK COCAINE OFFENSE PURSUANT TO 18 U.S.C. 3582

The Defendant, Andre McClendon, hereby moves the Court for a reduction of sentence based upon the changes to the crack cocaine guidelines.

Mr. McClendon was sentenced to a term of incarceration of 87 months on June 2, 2000 as a result of his plea of guilty to Conspiracy to Possess with Intent to Distribute 150 – 500 Grams Cocaine Base . His initial Guidelines Range was calculated to be 87-108 Months.

Pursuant to the amendments to the Guidelines, his new initial Guidelines Range would be 70-87 Months, reflecting a two level reduction.

Both the Government and the Probation Department acknowledge that the Defendant would be eligible for a reduction as stated above, but oppose on the grounds that Mr. McClendon committed transgressions in a halfway house earlier this year.

Mr. McClendon was re-incarcerated in a Federal Correctional Institution as a result of his difficulties in the halfway house. His release date pursuant to the original sentence in is next month, July, 2008.

Should the Court have sentenced the Defendant under to the lower portion of the new Guidelines, he would have become eligible for release LAST YEAR.

We hereby request that the Court allow a reduction of less than two months and order the Defendant released forthwith.

                              Respectfully Submitted
                              The Defendant, Andre McClendon

By:_____x_____
        Elliot R. Warren
        327 Riverside Avenue
        Westport, CT 06880
        Phone (203) 226-1716
        Fed. Bar No. ct 07084
        ewarrenlaw @aol.com
          -His Attorney-

## **Certificate of Service**

       I hereby certify that on this date, a copy of the foregoing was filed electronically and served by mail on any counsel unable to accept electronic filing, and on the U.S. Probation Office.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's EM/ECF System.

Additional copy sent by mail to:

Ray Lopez
U.S. Probation Officer
915 Lafayette Boulevard
Bridgeport, CT 06604

                                                              _____x_____
                                                              Elliot R. Warren, Esq.